UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-8473 CAS (JWJx) | Date | July 21, 2009 |
|---|---|---|---|
| Title | *CARLOS MACARAEG; ET AL. v. FREMONT INVESTMENT AND LOAN; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **August 11, 2009** why this action should not be dismissed for lack of prosecution **as to defendants FREMONT INVESTMENT AND LOAN; FREMONT GENERAL CREDIT CORPORATION; and TD SERVICES; FUNDING USA, only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)   A proof of service of summons and complaint on **defendants FREMONT INVESTMENT AND LOAN; FREMONT GENERAL CREDIT CORPORATION; and TD SERVICES; FUNDING USA**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |